UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.

Case No.: 8:22-cr-407-SDM-JSS

JEWELL JORDAN,

_____/

**VERIFIED PETITION**

COMES NOW, Nancy C. Millan, Hillsborough County Tax Collector ("Tax Collector"), by and through her undersigned counsel, pursuant to the Rule 32.2 (c), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(n), and states:

1. The Tax Collector claims an interest in the parcel of real property located in Hillsborough County and described in the Notice of Forfeiture and Preliminary Order of Forfeiture (hereinafter referred to as the "Property") as follows:

Property No. 1: The real property, including all improvements thereon and appurtenances thereto, located at 1321 Foxboro Drive, Brandon, Florida 33511, which is legally described as follows:

LOT 30, Block 2, of HEATHER LAKES UNIT VIII, according to the map or plat thereof, as recorded in Plat Book 56, Page 55, Public Records of Hillsborough County, Florida.

Parcel Identification Number: A-33-29-20-2I6-000002-00030.0
Account Number:  A0723105672
Owner(s) of Record:   JEWELL V. BEST-JORDAN

2. The Property is located in the taxing district of Hillsborough County, Florida, and listed on the Hillsborough County tax roll by the Account Number referenced in the preceding paragraph.  Pursuant to Chapter 197, Florida Statutes, ad valorem real property taxes and non-ad valorem assessments against the Property constitute a superior lien on the Property.

1

3.      The Tax Collector, pursuant to the statutory duties bestowed upon her by the laws of Florida, seeks payment of all taxes and assessments on the Property. This includes the pro-rated amount of 2023 ad valorem taxes and non-ad valorem assessments for the Property due from January 1, 2023 through the date of forfeiture, including interest and penalties, if any.

## **VERIFICATION**

I, Brian T. FitzGerald, legal counsel to Nancy C. Millan, Hillsborough County Tax Collector, declare under penalty of perjury that the foregoing allegations in this Verified Petition are based upon information obtained from the Official Records of the Hillsborough County Tax Collector's office, and that everything contained herein is true and correct to the best of my knowledge and belief.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Verified Petition has been forwarded this 24th day of August, 2023, by Notice of Electronic Filing through the court's CM/ECF system to: **James A. Muench**, United States Attorney for the Middle District of Florida, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, and to all other parties receiving electronic notice.

/s/ Brian T. FitzGerald
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
Phone:  (813) 272-5670
Fax:  (813) 272-5758
fitzgeraldb@hillsboroughcounty.org
connorsa@hillsboroughcounty.org
stroupj@hillsboroughcounty.org
Attorney for Nancy Millan,
Hillsborough County Tax Collector